UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASS APPEAL MEDIA INC.,

            Plaintiff,

- against -

BE-AT.TV,

            Defendant.

19-cv-10900 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff is entitled to a default judgment against the defendant listed above. The case is referred to Magistrate Judge Cave for an inquest on damages.

SO ORDERED.

Dated:    New York, New York
        February 24, 2020

                                      John G. Koeltl
                                United States District Judge