UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASS APPEAL MEDIA INC.,

                Plaintiff,

    - against -

BE-AT.TV,

                Defendant.

19-cv-10900 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close Docket. No. 3.

SO ORDERED.

Dated:    New York, New York
            March 9, 2020

                              John G. Koeltl
                           United States District Judge